## JANICE MURRAY *v.* PAUL MURRAY

The plaintiff's petition for certification for appeal from the Appellate Court, 65 Conn. App. 90 (AC 20847), is denied.

*Lori Welch-Rubin* and *Christine M. Whitehead*, in support of the petition.

*Michael S. Taylor* and *Wesley W. Horton*, in opposition.

Decided October 10, 2001